UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Alex Turner | * | Case No. 3:20-cv-2575 |
| Plaintiff, | | |
| v. | * | Judge Jeffrey J. Helmick |
| Faurecia Exhaust Systems, LLC, | * | Magistrate Judge |
| Defendant. | * | |
| | * | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | * | **JURY DEMAND ENDORSED HEREON** |
| | * | |
| | * | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Alex Turner ("Plaintiff" or "Mr. Turner"), through undersigned counsel, who hereby submits his Notice of Dismissal with Prejudice of the Complaint due to a resolution of this case with Defendant. Consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the terms of this dismissal.

Respectfully submitted,

**BRYANT LEGAL, LLC**

So Ordered.

*/s/ Matthew B. Bryant*
Matthew B. Bryant (0085991)
s/ Jeffrey J. Helmick
3450 W Central Ave., Suite 370
United States District Judge
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

Daniel I. Bryant (0090859)
1550 Old Henderson Rd., Suite 126
Columbus, Ohio 43220
Telephone: (614) 704-0546

Facsimile:  (614) 573-9826
Email:  dbryant@bryantlegalllc.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Dismissal (With Prejudice)* was served by electronic mail this 5th day of April, 2021 to the following:

Felicia O'Connor, Esq.
Foley & Lardner LLP
500 Woodward Ave. Suite 2700
Detroit, MI 48226
Email: FOConnor@foley.com

*Counsel for Defendant*